**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Rogelio LOERA–VASQUEZ,**
**Defendant–Appellant.**

**No. 05–10604.**

United States Court of Appeals,
Ninth Circuit.

Submitted Dec. 21, 2006.*

Filed Dec. 27, 2006.

Daniel Jon Santander, AUSA, USTU–Office of the U.S. Attorney, Evo A. Deconcini, U.S. Courthouse, Tucson, AZ, for Plaintiff–Appellee.

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Ramiro S. Flores, Esq., Law Offices of Ramiro S. Flores, Tucson, AZ, for Defendant–Appellant.

Rogelio Loera–Vasquez, Salters, SC, pro se.

Before: GOODWIN, WALLACE, and LEAVY, Circuit Judges.

MEMORANDUM **

Rogelio Loera–Vasquez appeals from his guilty-plea conviction and 71–month sentence for illegal reentry after deportation, in violation of 8 U.S.C. § 1326(a), with a sentence enhancement pursuant to § 1326(b).

Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Loera–Vasquez has filed a brief stating that he finds no grounds for relief, along with a motion to withdraw as counsel of record. No pro se supplemental brief or answering brief has been filed.

We dismiss in light of the valid appeal waiver. *See United States v. Nguyen*, 235 F.3d 1179, 1182 (9th Cir.2000) (stating that an appeal waiver is valid when entered into knowingly and voluntarily).

Counsel's motion to withdraw is **GRANTED**, and the appeal is **DISMISSED**.

---

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.